IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDAL DIVISION

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v().

                                  Civil Action No. 0:14-cv-62727-BB
                                  Consolidated with
                                  Civil Action No.  0:14-cv-62732-BB
                                  Civil Action No.  0:15-cv-60273-BB

JOHN DOE, subscriber assigned IP address
50.154.239.132,

    Defendant.
_____/

**PLAINTIFF'S NOTICE OF VOLUNTARY**
**DISMISSAL WITHOUT PREJUDICE OF JOHN DOE**

    **PLEASE TAKE NOTICE,** Plaintiff has settled this matter with John Doe ("Defendant").  Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from Civil Action No. 0:14-cv-62727-BB <u>without prejudice</u>.  John Doe was assigned the IP address 50.154.239.132.  Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant John Doe has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

    Consistent herewith Plaintiff consents to the Court having Civil Action No. 0:14-cv-62727-BB closed for administrative purposes.

    Dated:  March  13, 2015

                                          Respectfully submitted,

                                          By:      /s/ *M. Keith Lipscomb*
                                          M. Keith Lipscomb (429554)
                                          klipscomb@lebfirm.com
                                          Lipscomb, Eisenberg & Baker, PL
                                          2 South Biscayne Boulevard, PH 3800
                                          Miami, FL  33131
                                          Telephone:  (786) 431-2228
                                          Facsimile:  (786) 432-2229
                                          *Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on March 13, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                          By:   /s/ *M. Keith Lipscomb*
                                          M. Keith Lipscomb