Corrie Covelli
1420 SW 27th Terrace
Fort Lauderdale, FL 33312
954-868-5677
Cronpolis@yahoo.com

FILED by _PG_ D.C.
APR 20 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S.D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

| GOOD MAN PRODUCTIONS, | Civil Action No. 0:14-cv-62732-BB |
| --- | --- |
| Plaintiff, | 14-cv-62727 |
| vs. | ANSWER |
| CORRIE COVELLI, | |
| Defendant | |

COMES NOW the Defendant Corrie Covelli, in answering the allegations of the complaint on file herein, affirms, denies and alleges as follows:

**Answering Introduction**: Defendant denies all allegations of using BitTorrent.

**Answering Jurisdiction and Venue**: Defendant denies the accuracy of the geolocation technology used citing "Challenges and Directions for Monitoring P2P File Sharing Networks – or – Why My Printer Received a DMCA Takedown Notice" Also The Unbearable Lightness of Monitoring: Direct Monitoring in BitTorrent. (30% of the individuals whose names were disclosed to plaintiffs did not download the copyrighted material).

**Parties**: According to Exhibit "A" Good Man Productions INC. has filed for a **Certificate of Dissolution** dated December 31, 2014.

**Factual Background II.**

1. Defendant denies the use of a BitTorrent software.
2. Defendant is a fan of Steven Seagal and has purchased a copy of "The Good Man" when it was first released.

ANSWER - 1

3. At no time did the Defendant give authority to anyone to connect to any of his devices. Where is the warrant for this kind of search? Isn't this illegal? A German company (Excipio GmbH) can legally hack into American citizens computers and attorneys can use that against them? If the Defendant did this to anyone the Defendant would be arrested for hacking, but since it is a German company that is okay? Is this America anymore?

4. Defendant did not authorize, permit, or consent to Plaintiff's illegal search of my network through TCP/IP or PCAP.

5. Defendant admits lack of security on network since having Comcast due to not knowing how to setup a router configuration. Has since been resolved.

6. Defendant lives next to a public area that teenagers frequent.

WHEREFORE, Defendant respectfully requests the Court:

(A) Dismiss this case due to lack of evidence of the Defendant doing the alleged acts.

(B) Award Defendant for the intrusion of the Defendants network and privacy.

Dated this 10th of April, 2015.

_____
Corrie Covelli

ANSWER - 2

| | | |
|---|---|---|
|  **State of California**<br>**Secretary of State**<br>3604436<br>**Domestic Stock Corporation**<br>**Certificate of Dissolution** | DISS STK | D1273314<br><br>FILED *hmp*<br>Secretary of State<br>State of California  *NA*<br>DEC 3 1 2014 |

There is no fee for filing a Certificate of Dissolution.

**IMPORTANT – Read instructions before completing this form.**   This Space For Filing Use Only

**Corporate Name**  (Enter the name of the domestic stock corporation exactly as it is of record with the California Secretary of State.)

1. Name of corporation

   **GOOD MAN PRODUCTIONS INC.**

**Required Statements**  (The following statements are required by statute and should not be altered.)

2. A final franchise tax return, as described by California Revenue and Taxation Code section 23332, has been or will be filed with the California Franchise Tax Board, as required under the California Revenue and Taxation Code, Division 2, Part 10.2 (commencing with Section 18401). The corporation has been completely wound up and is dissolved.

**Debts & Liabilities**  (Check the applicable statement. Note: Only one box may be checked.)

3. [X] The corporation's known debts and liabilities have been actually paid

   [ ] The corporation's known debts and liabilities have been paid as far as its assets permitted.

   [ ] The corporation's known debts and liabilities have been adequately provided for by their assumption and the name and address of the assumer is _____

   [ ] The corporation's known debts and liabilities have been adequately provided for as far as its assets permitted.
   (Specify in an attachment to this certificate (incorporated herein by this reference) the provision made and the address of the corporation, person or governmental agency that has assumed or guaranteed the payment, or the name and address of the depositary with which deposit has been made or other information necessary to enable creditors or others to whom payment is to be made to appear and claim payment.)

   [ ] The corporation never incurred any known debts or liabilities.

**Assets**  (Check the applicable statement. Note: Only one box may be checked.)

4. [X] The known assets have been distributed to the persons entitled thereto.

   [ ] The corporation never acquired any known assets.

**Election**  (Check the "YES" or "NO" box, as applicable. Note: If the "NO" box is checked a Certificate of Election to Wind Up and Dissolve pursuant to Corporations Code section 1901 must be filed prior to or together with this Certificate of Dissolution.)

5. The election to dissolve was made by the vote of all the outstanding shares.   [X] YES   [ ] NO

**Verification & Execution**  (If additional signature space is necessary, the dated signature(s) with verification(s) may be made on an attachment to this certificate. Any attachments to this certificate are incorporated herein by this reference.)

6. The undersigned constitute(s) the sole director or a majority of the directors now in office. I declare under penalty of perjury under the laws of the State of California that the matters set forth in this certificate are true and correct of my own knowledge.

12/22/14
Date

Signature of Director                                        **PHILLIP B. GOLDFINE**
                                                             Type or Print Name of Director

Signature of Director                                        Type or Print Name of Director

Signature of Director                                        Type or Print Name of Director

DISS STK (REV 01/2013)                                       APPROVED BY SECRETARY OF STATE



MIAMI FL 331

15 APR 2015 PM 2 L

United States District Court
Southern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

33128771699



Corrie A. Covelli
1420 SW 27th Ter
Fort Lauderdale FL 33312