UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-62727-CIV-BLOOM/VALLE

**GOOD MAN PRODUCTIONS, INC.**,

      Plaintiff,

vs.

**CORRIE COVELLI**, *et al.*,

      Defendants.

_____/

**ORDER DISMISSING JOHN DOE DEFENDANTS**

**THIS CAUSE** came before the Court upon a *sua sponte* review of the record. Federal Rule of Civil Procedure 4(m) requires service of a summons and complaint to be perfected upon defendants within 120 days after the filing of the complaint. Plaintiff filed this action on December 2, 2014, and on January 14, 2015, the Court required Plaintiff to serve all defendants by April 1, 2015. *See* ECF No. [8]. To date, there is no indication in the Court file that Defendant John Doe assigned IP address 50.168.180.201, nor Defendant John Doe assigned IP address 69.180.106.254, have been served with the summons and Complaint, and Plaintiff has not shown cause.

Accordingly, it is **ORDERED and ADJUDGED** that all claims against Defendant John Doe assigned IP address 50.168.180.201, and Defendant John Doe assigned IP address 69.180.106.254 are **DISMISSED WITHOUT PREJUDICE**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 27th day of April, 2015.

_____
**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc:
counsel of record

Corrie Covelli, *Pro Se*
1420 SW 27th Terrace
Ft. Lauderdale, FL 33312