Corrie Covelli
1420 SW 27th Terrace
Fort Lauderdale, FL 33312
954-868-5677
Cronpolis@yahoo.com

FILED by _AP_ D.C.
APR 2 8 2015
STEVEN M. LARIMORE
CLERK U.S. DIST. CT.
S. D. of FLA. – MIAMI

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF FLORIDA

14-cv-62732-BB

GOOD MAN PRODUCTIONS,

Plaintiff,

vs.

CORRIE COVELLI,

Defendant

Civil Action No. 0:14-cv-62732-BB

ANSWER

COMES NOW the Defendant Corrie Covelli, in answering the allegations of the complaint on file herein, affirms, denies and alleges as follows:

**Answering Introduction**: Defendant denies all allegations of using BitTorrent.

**Answering Jurisdiction and Venue**: Defendant denies the accuracy of the geolocation technology used citing "Challenges and Directions for Monitoring P2P File Sharing Networks – or – Why My Printer Received a DMCA Takedown Notice" Also The Unbearable Lightness of Monitoring: Direct Monitoring in BitTorrent. (30% of the individuals whose names were disclosed to plaintiffs did not download the copyrighted material).

**Parties**: According to Exhibit "A" Good Man Productions INC. has filed for a **Certificate of Dissolution** dated December 31, 2014.

**Factual Background** II.

1. Defendant denies the use of a BitTorrent software.
2. Defendant is a fan of Steven Seagal and has purchased a copy of "The Good Man" when it was first released.

ANSWER - 1

3. At no time did the Defendant give authority to anyone to connect to any of his devices. Where is the warrant for this kind of search? Isn't this illegal? A German company (Excipio GmbH) can legally hack into American citizens computers and attorneys can use that against them? If the Defendant did this to anyone the Defendant would be arrested for hacking, but since it is a German company that is okay? Is this America anymore?

4. Defendant did not authorize, permit, or consent to Plaintiff's illegal search of my network through TCP/IP or PCAP.

5. Defendant admits lack of security on network since having Comcast due to not knowing how to setup a router configuration. Has since been resolved.

6. Defendant lives next to a public area that teenagers frequent.

WHEREFORE, Defendant respectfully requests the Court:

(A) Dismiss this case due to lack of evidence of the Defendant doing the alleged acts.

(B) Award Defendant for the intrusion of the Defendants network and privacy.

Dated this 10th of April, 2015.

_____
Corrie Covelli

ANSWER - 2

Hello Judge Beth Bloom,

My name is Corrie Covelli and I would like to request my case be heard. I have sent my answer in on April 15th, 2015. The reason why I was late on this was because I did not understand the attorney volunteer program. I was hoping that one of them would call me or write me to let me know if they were able to take my case. I guess that is not the case.

I am a disabled Veteran who has been recovering from a traumatic brain injury and PTSD from car bomb in Iraq since 2006. I needed the help of the attorney before I proceeded because I have never been in court before and didn't know how to write this type of document.

Thank you for your time,

*Corrie Covelli*



Corrie A. Covelli
1420 SW 27th Ter
Fort Lauderdale FL 33312

USMS
INSPECTED
RECEIVED
APR 28 2015
12:24 PM

United States District Court
Soutern District of Florida
Office of the Clerk - Room 8N09
400 North Miami Avenue
Miami, Florida 33128-7716

3312877165