UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
FORT LAUDERDALE DIVISION

| | |
|---|---|
| GOOD MAN PRODUCTIONS, INC., | ) |
| Plaintiff, | ) Civil Action Case No. 0:14-cv-62727-BB |
| v. | ) |
| CORRIE COVELLI, | ) |
| Defendant. | ) |

**PLAINTIFF'S NOTICE OF CORRECTION**

PLEASE TAKE NOTICE, the section of Plaintiff's Motion for Reconsideration [CM/ECF 25] requesting the Court to re-open the case against Defendant John Doe Assigned IP Address 50.186.180.201 (originally case number 15-cv-60273) was filed in error. Plaintiff does not intend to pursue the case against that John Doe Defendant. Accordingly, the only active defendant left in the three cases consolidated under case number 0:14-cv-62727 should be Corrie Covelli who, as explained in Plaintiff's Motion, was timely served. Plaintiff apologizes for the error and any confusion it may have caused.

DATED: May 14, 2015.

Respectfully submitted,

By: /s/ *M. Keith Lipscomb*
M. Keith Lipscomb (429554)
klipscomb@lebfirm.com
Lipscomb, Eisenberg & Baker, PL
2 South Biscayne Boulevard, PH 3800
Miami, FL  33131
Telephone: (786) 431-2228
Facsimile: (786) 432-2229
*Attorneys for Plaintiff*

## **CERTIFICATE OF SERVICE**

     I hereby certify that on May 14, 2015, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

                                                                  By:  /s/ *M. Keith Lipscomb*
                                                                  M. Keith Lipscomb