IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
FT. LAUDERDALE DIVISION

GOOD MAN PRODUCTIONS, INC.,

    Plaintiff,

v.

CORRIE COVELLI,

    Defendant.

_____/

Civil Action No. 0:14-cv-62732-BB
Consolidated with
Civil Action No. 0:14-cv-62727-BB

## STIPULATION OF DISMISSAL OF PLAINTIFF'S CLAIMS AGAINST DEFENDANT CORRIE COVELLI

PLEASE TAKE NOTICE, Plaintiff, Good Man Productions, Inc., and Defendant, Corrie Covelli, pursuant to Fed.R.Civ.P. 41(a)(1), hereby stipulate that all claims and defenses asserted against each other in this matter are hereby dismissed, and that the Court may close and terminate this matter.

Respectfully submitted,

By: /s/ Michael Keith Lipscomb
Michael Keith Lipscomb
Lipscomb, Eisenberg & Baker, PL
One Biscayne Tower, PH 3800
Miami, FL 33131
Phone: 786-431-2228
Email: Klipscomb@lebfirm.com

By: _____ 6/12/2015
Corrie Covelli
1420 SW 27th Terrace
Ft. Lauderdale, FL 33312
Phone: 954-868-5677
*Pro Se Defendant*
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on June 12, 2015, the foregoing *Stipulation of Dismissal* was filed

1

electronically. Service of this filing will be made on all ECF-registered counsel by operation of the Court's electronic filing system. Parties may access this filing through the Court's system.

By: /s/ *Michael Keith Lipscomb*
Michael Keith Lipscomb