UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 14-62727-CIV-BLOOM/VALLE

**GOOD MAN PRODUCTIONS, INC.**,

    Plaintiff,

v.

**CORRIE COVELLI**,

    Defendant.
_____/

## ORDER OF DISMISSAL

**THIS MATTER** is before the Court upon the parties' Stipulation for Dismissal, ECF No. [33], filed on June 15, 2015. Being fully advised, it is hereby **ORDERED AND ADJUDGED** that:

1. The parties' Stipulation of Dismissal with Prejudice, **ECF No. [33]**, is **APPROVED** and **ADOPTED**, and the above-styled case is hereby **DISMISSED**.
2. To the extent not otherwise disposed of, all pending motions are hereby **DENIED AS MOOT**.

**DONE AND ORDERED** in Fort Lauderdale, Florida, this 15th day of June, 2015.

**BETH BLOOM**
**UNITED STATES DISTRICT JUDGE**

cc: counsel of record